FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD RICHARD KARR, JR., | No. 2:24-CV-00124-SAB |
| Plaintiff, | |
| v. | |
| PRESIDENT JOSEPH R. BIDEN, JR. et al., | **ORDER DISMISSING ACTION** |
| Defendants. | |

On May 6, 2024, the Court directed Plaintiff to pay the filing fee or submit an IFP Application. ECF No. 4. Plaintiff failed to do either. He was also told that failure to do so will result in the dismissal of this action.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned Complaint is **dismissed, without prejudice,** for failure to pay the filing fee or submit an IFP Application.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and **close** the file.

**DATED** this 22nd day of May 2024.

Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 1**